# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 38TH JUDICIAL DISTRICT COURT OF UVALDE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on October 8, 2014, the cause upon appeal to revise or reverse your judgment between

Interest of BLJP, Appellant

V.

No. 04-14-00015-CV and Tr. Ct. No. 12-05-28687-CV

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee, Bryan P., recover his costs of this appeal from appellant, Veronica G.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on January 14, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00015-CV

**Interest of BLJP**

**v.**

(NO. 12-05-28687-CV IN 38TH JUDICIAL DISTRICT COURT OF UVALDE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | ROGELIO MUNOZ |
| MOTION FEE | $10.00 | E-PAID | SARA SPECTOR |
| REPORTER'S RECORD | $936.00 | PAID | ROGELIO M. MUNOZ |
| INDIGENT | $25.00 | E-PAID | ROGELIO MUNOZ |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | ROGELIO MUNOZ |
| FILING | $100.00 | E-PAID | ROGELIO MUNOZ |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | ROGELIO MUNOZ |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this January 14, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853